UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY BARKER COUGHLIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KEVIN MCGILLIVRARY,<br><br>　　　　Defendant. | Case No. 24-cv-03420 BLF (PR)<br><br>**JUDGMENT** |

　　The Court has dismissed the instant civil rights action for failure to file a complaint and pay the filing fee. A judgment of dismissal without prejudice is entered.

　　The Clerk shall close the file.

　　**IT IS SO ORDERED.**

Dated:  __**August 5, 2024**____                   _____/s/ Beth Labson Freeman_____
　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Judgment
PRO-SE\BLF\CR.24\03420Coughlin_judgment